CLERK
US DISTRICT & BANKRUPTCY
COURT

2008 FEB 15 PM 4: 22

RECEIVED

CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Angus, Inc., d/b/a PanAm International Market ) ) ) ) vs  Plaintiff ) ) Ed Schafer, Secretary of Agriculture ) ) ) Defendant ) | Case: 1:08-cv-00266 Assigned To : Walton, Reggie B. Assign. Date : 2/15/2008 Description: Admin Agency Review |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Angus, Inc.,__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Angus, Inc.,__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

211219
BAR IDENTIFICATION NO.

Phillip L. Fraas
Print Name

818 Connecticut Avenue, NW
Address

Washington, DC 20006
City        State        Zip Code

202-223-1499
Phone Number