# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGUS, INC., )<br>d/b/a PanAm International Market )<br>4801 Michigan Avenue, N.E. )<br>Washington, D.C. 20018 )<br> )<br>            Plaintiff, )<br> )<br>          v. )<br> )<br>ED SHAFER, )<br>Secretary of Agriculture )<br>14th and Independence Avenue, S.W. )<br>Washington, D.C. 20530 )<br> )<br>            Defendant. )<br>_____ ) | Civil Action No. 08-0266 (RBW) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for defendant in the above-captioned case.

                                  ____/s/_____
                                  CHRISTIAN NATIELLO, D.C. Bar #473960
                                  Assistant U.S. Attorney
                                  555 Fourth St., N.W.
                                  Room E4112
                                  Washington, D.C. 20530
                                  (202) 307-0338
                                  christian.natiello@usdoj.gov